# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

GARY J. LaPLANT, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1721

———————————————

March 6, 2026

Appeal from the Circuit Court for Hillsborough County; Elizabeth G. Rice, Judge.

Blair Allen, Public Defender, and Tosha Cohen, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

Affirmed.

KELLY, ROTHSTEIN-YOUAKIM, and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.